JS - 6

**FILED: 6/20/12**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SCOTT ALLEN PERRY, et al )
)
)
Plaintiff, )
)                CASE NO. CV 10-8779  GHK (PLAx)
vs. )
)
GREGORY CHARLES BENSON )        **ORDER OF DISMISSAL**
)
Defendants. )
_____)

        The Court having been advised by Plaintiff that the above-entitled action has been settled,

        **IT IS ORDERED** that the above-entitled action be and is hereby dismissed in its entirety

without prejudice.

Dated:____6/20/12_____                    _____
                                          GEORGE H. KING
                                           United States District Judge