JS - 6

**FILED: 6/20/12**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ALLEN PERRY, et al ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GREGORY CHARLES BENSON ) <br> ) <br> Defendants. ) <br> _____) | CASE NO. CV 10-8779 GHK (PLAx) <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by Plaintiff that the above-entitled action has been settled,

**IT IS ORDERED** that the above-entitled action be and is hereby dismissed in its entirety without prejudice.

Dated:   6/20/12

GEORGE H. KING
United States District Judge